No. 11–6413.   DARBY v. RICCI, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 11–6415.   PETROS v. BOOS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 11–6426.   EDWARDS v. RUBIN ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 11–6442.   COLEMAN v. ALABAMA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–6478.   CEDRINS v. EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS.   C. A. 7th Cir.   Certiorari denied.

No. 11–6480.   MORRIS v. CAREY, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–6531.   CEDRINS v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES.   C. A. 7th Cir.   Certiorari denied.

No. 11–6538.   CRUZ v. McGRADY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 11–6548.   JONES v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–6554.   DERRINGER v. BAXTER ET AL.   Ct. App. N. M.   Certiorari denied.

No. 11–6571.   BORBON v. DAVISON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 11–6577.   LANCASTER v. BIGELOW, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 11–6581.   MENDIOLA-PONCE v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 11–6590.   SMITH v. CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

